50 So.2d 402

**Bozie ROEBUCK, Claimant of Ford Tudor Sedan Automobile, v. STATE.**

**6 Div. 108.**

Supreme Court of Alabama.
Feb. 8, 1951.

Wm. Conway, Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., for appellee.

FOSTER, Justice.

This is a companion case to Nelson v. State, 50 So.2d 401.[1] The same questions are presented. For the reason there given, the judgment is reversed and a decree here rendered in favor of appellant.

Reversed and rendered.

BROWN, LIVINGSTON, LAWSON and STAKELY, JJ., concur.

1. Ante, p. 141.